# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Amanda George,** | : | |
| Plaintiff, | : | Case Number 1:20cv987 |
| v. | : | Judge Susan J. Dlott |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen Litkovitz filed on December 9, 2020, to whom this case was Referred to pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. 72(b) expired December 23, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is DENIED. Furthermore, plaintiff is GRANTED an extension of 30 days from the date of this Order adopting the Report and Recommendation to pay the required $400.00 filing fee. Plaintiff is advised that her complaint will not be deemed "filed" until the appropriate filing fee is paid, *see Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). If plaintiff fails to pay

the filing fee within this time from this matter will be TERMINATED from the docket of this Court.

    IT IS SO ORDERED.

_Susan J. Dlott_
Susan J. Dlott
United States District Judge